CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 23 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REBECCA J. HALL,<br><br>  Plaintiff,<br>v.<br><br>DLC MANAGEMENT CORPORATION AND FOOD LION, LLC,<br><br>  Defendants. | Civil Action No.: 7:11-cv-298<br><br>**ORDER**<br><br>Hon. James C. Turk<br>Senior United States District Judge |
| DLC MANAGEMENT CORPORATION,<br><br>  Third-Party Plaintiff,<br>v.<br><br>CLEAN-A-LOT,<br><br>  Third-Party Defendant. | |
| FOOD LION, LLC,<br><br>  Third-Party Plaintiff/Cross-Claim Defendant,<br>v.<br><br>SOUTHWEST IMPROVEMENTS, LLC,<br><br>  Third-Party Defendant/Cross-Claim Plaintiff. | |

This matter is presently before the Court on Food Lion's Motion for Summary Judgment, ECF No. 63, and DLC's Motion for Summary Judgment. ECF No. 66. It is hereby

**ADJUDGED AND ORDERED**

that Food Lion's Motion for Summary Judgment and DLC's Motion for Summary Judgment are **DENIED**.

The Clerk of Court is directed to send copies of this order to counsel of record for both parties.

ENTER: This 23rd day of April, 2013.

*/s/ James C. Turk*
Hon. James C. Turk
Senior United States District Judge